# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

## UNITED STATES OF AMERICA

v.                                                             **Case No: 6:19-mj-1750**

## PETER CORREA

_____

AUSA: Sean Shecter

Defense Attorney: Joshua Lukman, Federal Public Defender

| JUDGE:<br><br>Courtroom: | **DAVID A BAKER**<br>United States Magistrate Judge<br><br>6D | DATE AND TIME:<br><br>TOTAL TIME: | **October 24, 2019**<br>2:07-2:12<br>5 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/ PROB: | Ivette Suarez |

## CLERK'S MINUTES
## INITIAL APPEARANCE (RULE 5C)

Case called; appearances taken; procedural setting by the Court.
Court summarized the charges in the Complaint.
Court advised the defendant of his rights.
Defendant requested the appointment of counsel.
Court appointed the Federal Defender to represent the defendant in this district.
Government seeks detention.
Defendant waived the right to further hearings in this district to be held in the district of offense.
Orders of Detention, Removal and Commitment entered.